NUMBER 13-07-00447-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

VERNON BOYD BEATY, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________


On Appeal from the County Court at Law


of Hardin County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza, and Benavides 


Memorandum Opinion Per Curiam



 Appellant, Vernon Boyd Beaty, by and through his attorney, has filed a motion to
dismiss his appeal because he no longer desires to prosecute it. See Tex. R. App. P.
42.2(a). (1) 

 Without passing on the merits of the case, we grant the motion to dismiss pursuant
to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed
the appeal at appellant's request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.


 PER CURIAM


Do not publish. 

See Tex. R. App. P. 47.2(b). 


Memorandum Opinion delivered and filed

this 22nd day of May, 2008.

1. This appeal was transferred to this Court from the Ninth Court of Appeals by order of the Texas
Supreme Court. See Tex. Gov't Code Ann. § 22.220 (Vernon 2004) (delineating the jurisdiction of appellate
courts); Tex. Gov't Code Ann. § 73.001 (Vernon 2005) (granting the supreme court the authority to transfer
cases from one court of appeals to another at any time that there is "good cause" for the transfer).